

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jordan Friedman, individually, and on behalf of all others similarily situated<br><br>**Plaintiff,**<br>V.<br><br>Torchmark Corporation; United American Insurance Company; Does 1-10, inclusive and each of them<br><br>**Defendant.** | Civil Action No. __12cv2837-IEG(BGS)__<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court GRANTS Defendant United American Insurance Company's motion to dismiss for failure to state a claim. Court denies leave to amend. The case is closed............................................

**Date:**  8/13/13

**CLERK OF COURT**
**W. SAMUEL HAMRICK, JR.**
By: s/    J. Haslam
J. Haslam, Deputy